UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HEIDI J. LEVIN, | ) | Case No. 11-18149 |
| | ) | |
| Debtor. | ) | Bankruptcy Judge Jacqueline P. Cox |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the following documents to be served upon those parties on the attached Service List via first-class United States mail, proper postage prepaid and affixed thereto this 27th day of November 2013:

1) Notice of the Final Application of McGuireWoods LLP, Counsel to the Trustee, for Allowance of Compensation and Reimbursement of Expenses;

2) Notice of the Final Application of Richard J. Mason, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses;

3) Notice of the Trustee's Motion for Authority to Pay Supplemental Compensation to the Trustee's Accounting Firm of Horwich Coleman Levin;

4) Trustee's Final Report; and

5) Notice of Trustee's Final Report and Applications for Compensation.

/s/ Paul J. Catanese

Dated: November 27, 2013

RICHARD J. MASON, Trustee of the
Bankruptcy Estates of Heidi J. Levin

## **SERVICE LIST**

Bank of America
c/o BAC Home Loans Servicing LP
P.O. Box 650070
Dallas, TX  75265-0070

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

John W. Costello, not individually, but as L
Trustee under the Comdisco Litigation Tr
c/o Wildman Harrold Allen
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606-3007

John Costello
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1349

Ronald Barliant
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Bank of America, N.A. c/o Prober &
Raphael,
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364-6207

Bank of America, N.A.
c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364-6207

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

SIP Defense Fund
c/o Davis McGrath
125 S. Wacker Drive, Suite 1700
Chicago, IL 60606

Patrick S. Layng
Office of the U.S. Trustee
219 South Dearborn
Suite 873
Chicago, IL  60604

David McGrath LLC
125 S. Wacker Dr.
Ste. 1700
Chicago, IL 60606-4478

Internal Revenue Service
D. Patrick Mullarkey
Tax Division (DOJ)
Ben Franklin Station, DC  20044

Heidi J. Levin
703 W. Briar Place
Unit #1
Chicago, IL 60657-47514

52672545_1.DOCX