# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEVIN, HEIDI J                                    § Case No. 11-18149
                                                         §
                                                         §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
RICHARD J. MASON                   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Office of Court Clerk
   U.S. Bankruptcy Court
   219 S Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 10 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 12/19/2013 in Courtroom 680, United States Courthouse,
219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/27/2013          By:  /s/ Richard J. Mason
                                                                               Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEVIN, HEIDI J § Case No. 11-18149
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 218,180.84 |
| *and approved disbursements of* | $ 107,959.93 |
| *leaving a balance on hand of* [1] | $ 110,220.91 |
| **Balance on hand:** | $ 110,220.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 110,220.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 14,159.04 | 0.00 | 14,159.04 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 123,743.50 | 98,976.50 | 24,767.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 3,291.53 | 3,053.53 | 238.00 |
| Accountant for Trustee, Fees - Horwich Coleman Levin, LLC | 5,000.00 | 0.00 | 5,000.00 |

Total to be paid for chapter 7 administration expenses: $ 44,164.04
Remaining balance: $ 66,056.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 66,056.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 66,056.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,102,559.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 1 -2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2 | John W. Costello, not individually, but as Litigat | 1,091,500.65 | 0.00 | 65,394.31 |
| 3 | Davis McGrath LLC | 11,058.82 | 0.00 | 662.56 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 66,056.87 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-18149-JPC
Heidi J Levin                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 1              Date Rcvd: Dec 04, 2013
                              Form ID: pdf006             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
db           +Heidi J Levin,    703 W. Briar Place,    Unit #1,    Chicago, IL 60657-4514
17202531      Bank of America,    c/o BAC Home Loans Servicing LP,     P.O. Box 650070,    Dallas, TX 75265-0070
18408666     +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
17662471     +Davis McGrath LLC,    125 S. Wacker Dr.,    Ste. 1700,    Chicago, IL 60606-4478
17202533      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17202534      Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
               Ben Franklin Station, DC 20044
17202535     +John W. Costello, not individually, but as Litigat,     Trustee under the Comdisco Litigation Tr,
               c/o Wildman Harrold Allen,    225 W. Wacker Dr., Suite 3000,    Chicago, IL 60606-3007
17202536     +SIP Defense Fund,    c/o Davis McGrath,    125 S. Wacker Dr., Suite 1700,    Chicago, IL 60606-4478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: Ebrooks@mcguirewoods.com Dec 05 2013 01:05:37      McGuirewoods LLP,
               77 West Wacker Drive Ste 4100,    Chicago, IL 60601-1818
17202532      E-mail/Text: cio.bncmail@irs.gov Dec 05 2013 01:05:56      Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2013 at the address(es) listed below:
              Patricia K. Smoots    on behalf of Plaintiff Richard J. Mason, Trustee psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Trustee Richard J Mason psmoots@mcguirewoods.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul  Catanese    on behalf of Trustee Richard J Mason pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Paul  Catanese    on behalf of Plaintiff Richard J. Mason, Trustee pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Richard J Mason    on behalf of Trustee Richard J Mason rmason@mcguirewoods.com,    IL54@ecfcbis.com
              Richard J Mason    rmason@mcguirewoods.com,    IL54@ecfcbis.com
              Ronald  Barliant    on behalf of Debtor Heidi J Levin ronald.barliant@goldbergkohn.com,
               kristina.bunker@goldbergkohn.com
              Ronald  Barliant    on behalf of Defendant Lisa  Dugan ronald.barliant@goldbergkohn.com,
               kristina.bunker@goldbergkohn.com
              Yeny C. Estrada    on behalf of Creditor John  Costello yestrada@edwardswildman.com,
               kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
              Yeny C. Estrada    on behalf of Other Prof. John  Costello yestrada@edwardswildman.com,
               kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
                                                                                              TOTAL: 11