## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LEVIN, HEIDI J                                 §   Case No. 11-18149
                                                      §
                                                      §
Debtor(s)                                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $502,002.18                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$66,056.87       Claims Discharged
                                                 Without Payment: $1,036,502.60

Total Expenses of Administration:$152,123.97

   3)  Total gross receipts of $    218,180.84   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of  $218,180.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 152,437.95 | 152,437.95 | 152,123.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 1,102,559.47 | 1,102,559.47 | 66,056.87 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,254,997.42 | $1,254,997.42 | $218,180.84 |

4)  This case was originally filed under Chapter 7 on April 28, 2011.
The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2014_____   By: _/s/RICHARD J. MASON_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northern Trust Employee Fund II Northern Trust E | 1129-000 | 135,641.44 |
| 32,000 shareholder rights in Comdisco Holding Co | 1129-000 | 32,538.89 |
| Settlement Payment | 1249-000 | 50,000.00 |
| Interest Income | 1270-000 | 0.51 |
| **TOTAL GROSS RECEIPTS** | | **$218,180.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 14,159.04 | 14,159.04 | 14,159.04 |
| McGuireWoods LLP | 3110-000 | N/A | 123,743.50 | 123,743.50 | 123,429.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| McGuireWoods LLP | 3120-000 | N/A | 3,291.53 | 3,291.53 | 3,291.53 |
| Horwich Coleman Levin, LLC | 3410-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.57 | 63.57 | 63.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.50 | 52.50 | 52.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, LTD. | 2300-000 | N/A | 87.21 | 87.21 | 87.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 162.10 | 162.10 | 162.10 |
| Rabobank, N.A. | 2600-000 | N/A | 149.05 | 149.05 | 149.05 |
| International Sureties, LTD. | 2300-000 | N/A | 470.01 | 470.01 | 470.01 |
| Rabobank, N.A. | 2600-000 | N/A | 152.69 | 152.69 | 152.69 |
| Rabobank, N.A. | 2600-000 | N/A | 157.30 | 157.30 | 157.30 |
| Rabobank, N.A. | 2600-000 | N/A | 173.34 | 173.34 | 173.34 |
| Rabobank, N.A. | 2600-000 | N/A | 167.66 | 167.66 | 167.66 |
| Rabobank, N.A. | 2600-000 | N/A | 151.21 | 151.21 | 151.21 |
| Rabobank, N.A. | 2600-000 | N/A | 177.97 | 177.97 | 177.97 |
| Rabobank, N.A. | 2600-000 | N/A | 163.68 | 163.68 | 163.68 |
| Rabobank, N.A. | 2600-000 | N/A | 158.15 | 158.15 | 158.15 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,335.00 | 2,335.00 | 2,335.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 854.00 | 854.00 | 854.00 |
| Rabobank, N.A. | 2600-000 | N/A | 179.46 | 179.46 | 179.46 |
| Illinois Department of Revenue | 2820-000 | N/A | 313.98 | 313.98 | 313.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $152,437.95 | $152,437.95 | $152,123.97 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1 -2 | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | John W. Costello, not individually, but as Litigat | 7100-000 | N/A | 1,091,500.65 | 1,091,500.65 | 65,394.31 |
| 3 | Davis McGrath LLC | 7100-000 | N/A | 11,058.82 | 11,058.82 | 662.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,102,559.47 | $1,102,559.47 | $66,056.87 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-18149  
Case Name:  LEVIN, HEIDI J

Trustee:  (330470)  RICHARD J. MASON  
Filed (f) or Converted (c): 04/28/11 (f)  
§341(a) Meeting Date: 06/10/11  
Claims Bar Date: 01/30/12

Period Ending: 04/03/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 2 | JP Morgan Chase #xxxxx2889  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,759.00 | 6,759.00 | | 0.00 | FA |
| 3 | Audio, video, computer, furniture  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,950.00 | 3,950.00 | | 0.00 | FA |
| 4 | Art, books, CDs  Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 5 | Wearing apparel  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 6 | Jewelry  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Photographic equipment, bike, rollerblades  Orig. Asset Memo: Imported from original petition Doc# 1 | 475.00 | 475.00 | | 0.00 | FA |
| 8 | Northern Trust (401-K), University of Chicago (4  Orig. Asset Memo: Imported from original petition Doc# 1 | 483,068.18 | 483,068.18 | | 0.00 | FA |
| 9 | Northern Trust Employee Fund II Northern Trust E  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 135,641.44 | FA |
| 10 | Heidi J. Levin Qualified Personal Residence Trus  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1998 Honda Accord  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,200.00 | 4,200.00 | | 0.00 | FA |
| 12 | Home office furniture | 250.00 | 250.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-18149 | **Trustee:** (330470)   RICHARD J. MASON |
| **Case Name:** LEVIN, HEIDI J | **Filed (f) or Converted (c):** 04/28/11 (f) |
| | **§341(a) Meeting Date:** 06/10/11 |
| **Period Ending:** 04/03/14 | **Claims Bar Date:** 01/30/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 32,000 shareholder rights in Comdisco Holding Co | 2,560.00 | 2,560.00 | | 32,538.89 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | Settlement Payment  (u) | 0.00 | 0.00 | | 50,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.51 | FA |
| **15** | **Assets   Totals** (Excluding unknown values) | **$504,562.18** | **$504,562.18** | | **$218,180.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 30, 2012      **Current Projected Date Of Final Report (TFR):**   November 27, 2013  (Actual)

Printed: 04/03/2014 11:43 AM   V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-18149 | | Trustee: | RICHARD J. MASON (330470) |
| Case Name: | LEVIN, HEIDI J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******65-65 - Checking Account |
| Taxpayer ID #: | **-***5652 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/03/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/28/11 | {13} | Comdisco, Inc. | | 1129-000 | 30,938.89 | | 30,938.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,939.14 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.57 | 30,875.57 |
| 12/21/11 | 1001 | McGuire Woods, LLP | Compensation and Reimbursement to McGuireWoods | | | 22,811.89 | 8,063.68 |
| | | | 22,512.50 | 3110-000 | | | 8,063.68 |
| | | | 299.39 | 3120-000 | | | 8,063.68 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 8,063.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.50 | 8,011.38 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,011.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,986.44 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-18149  Voided on 02/09/12 | 2300-000 | | ! 88.90 | 7,897.54 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-18149  Voided: check issued on 02/09/12 | 2300-000 | | ! -88.90 | 7,986.44 |
| 02/09/12 | 1003 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-18149, Bond #016026455 | 2300-000 | | 87.21 | 7,899.23 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,874.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,849.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,824.23 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,799.23 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,774.23 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,749.23 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,724.23 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,699.23 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,674.23 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,649.23 |
| 12/04/12 | {9} | Northern Trust | Wire transfer | 1129-000 | 135,641.44 | | 143,290.67 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 7,649.23 | 135,641.44 |
| 12/26/12 | | Reverse prior adj | reverse prior transaction | 9999-000 | | -135,641.44 | 271,282.88 |
| 12/26/12 | | Levin, Heidi J | Migration wire | 9999-000 | | 135,641.44 | 135,641.44 |
| 12/27/12 | | RABOBANK MIGRATION | TRANSFER TO 0001033047088 | 9999-000 | | 135,641.44 | 0.00 |

| | | | Subtotals: | | $166,580.84 | $166,580.84 | |

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 04/03/2014 11:43 AM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18149 |
| Case Name: | LEVIN, HEIDI J |
| | |
| Taxpayer ID #: | **-***5652 |
| Period Ending: | 04/03/14 |

| | |
|---|---|
| Trustee: | RICHARD J. MASON (330470) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******65-65 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | TRANSFER OUT | 20121227 | | | | |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 166,580.84 | 166,580.84 | $0.00 |
| Less: Bank Transfers | 0.00 | 143,290.67 | |
| Subtotal | 166,580.84 | 23,290.17 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $166,580.84 | $23,290.17 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 11-18149
Case Name: LEVIN, HEIDI J

Taxpayer ID #: **-***5652
Period Ending: 04/03/14

Trustee: RICHARD J. MASON (330470)
Bank Name: Rabobank, N.A.
Account: ******0666 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,649.23 | | 7,649.23 |
| 12/26/12 | 11004 | McGuire Woods, LLP | | | | 79,218.14 | -71,568.91 |
| | | | | 3110-000 | 76,464.00 | | -71,568.91 |
| | | | | 3120-000 | 2,754.14 | | -71,568.91 |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 135,641.44 | | 64,072.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.10 | 63,910.43 |
| 01/10/13 | {14} | Heidi J. Levin | | 1249-000 | 50,000.00 | | 113,910.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.05 | 113,761.38 |
| 02/21/13 | 11005 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-18149, Bond #016026455 | 2300-000 | | 470.01 | 113,291.37 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.69 | 113,138.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.30 | 112,981.38 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.34 | 112,808.04 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.66 | 112,640.38 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.21 | 112,489.17 |
| 07/31/13 | {13} | Comdisco Litigation Trust | | 1129-000 | 1,600.00 | | 114,089.17 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.97 | 113,911.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.68 | 113,747.52 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.15 | 113,589.37 |
| 10/21/13 | 11006 | Illinois Department of Revenue | FEIN # 38-7005652 - 2011 Form IL-1041 | 2820-000 | | 2,335.00 | 111,254.37 |
| 10/21/13 | 11007 | Illinois Department of Revenue | FEIN # 38-7005652 - 2012 Form IL-1041 | 2820-000 | | 854.00 | 110,400.37 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.46 | 110,220.91 |
| 12/19/13 | 11008 | McGuire Woods, LLP | Voided on 12/23/13 | 3110-000 | | 22,505.00 | 87,715.91 |
| 12/19/13 | 11009 | Horwich Coleman Levin, LLC | | 3410-000 | | 5,000.00 | 82,715.91 |
| 12/19/13 | 11010 | RICHARD J. MASON | | 2100-000 | | 14,159.04 | 68,556.87 |
| 12/19/13 | 11011 | John W. Costello, not individually, but as Litigat | | 7100-000 | | 65,394.31 | 3,162.56 |
| 12/19/13 | 11012 | Davis McGrath LLC | | 7100-000 | | 662.56 | 2,500.00 |
| 12/23/13 | 11008 | McGuire Woods, LLP | Voided: check issued on 12/19/13 | 3110-000 | | -22,505.00 | 25,005.00 |
| 12/23/13 | 11013 | Illinois Department of Revenue | Account ID - 13198-98240 | 2820-000 | | 313.98 | 24,691.02 |
| 12/23/13 | 11014 | McGuireWoods LLP | | | | 24,691.02 | 0.00 |
| | | | | 3110-000 | 24,453.02 | | 0.00 |
| | | | | 3120-000 | 238.00 | | 0.00 |

Subtotals : $194,890.67   $194,890.67

{} Asset reference(s)

Printed: 04/03/2014 11:43 AM   V.13.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18149 |
| Case Name: | LEVIN, HEIDI J |
| Taxpayer ID #: | **-***5652 |
| Period Ending: | 04/03/14 |

| | |
|---|---|
| Trustee: | RICHARD J. MASON (330470) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0666 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 194,890.67 | 194,890.67 | $0.00 |
| | | | Less: Bank Transfers | | 143,290.67 | 0.00 | |
| | | | Subtotal | | 51,600.00 | 194,890.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $51,600.00 | $194,890.67 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-*****65-65 | 166,580.84 | 23,290.17 | 0.00 |
| Checking # ******0666 | 51,600.00 | 194,890.67 | 0.00 |
| | $218,180.84 | $218,180.84 | $0.00 |

{} Asset reference(s)

Printed: 04/03/2014 11:43 AM    V.13.14